# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.** **Crim. No. 7:12-CR-46-1D**

**JUSTIN DIOR NEWSOME**

On January 20, 2022, the above named began supervised release for a period of eight years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Parkway, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: November 5, 2026

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 6 day of November, 2026.

J. Dever
James C. Dever III
U.S. District Judge